**08 C 767**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT A



ACE Westchester Specialty  
Group Claims  
500 Colonial Center Parkway  
Suite 200  
Roswell, GA 30076  
USA  

678-795-4374 *tel*  
678-795-4081 *fax*  

robyn.dilts@ace-ina.com  
www.ace-ina.com  

**Robyn L. Dilts**  
*Senior Claims Specialist*

June 1, 2007

<u>VIA CERTIFIED MAIL</u>  
<u>RETURN RECEIPT REQUESTED</u>

Blake Hannafan  
Hannafan & Hannafan  
One East Wacker Drive  
Suite 1280  
Chicago, IL 60601

    Re:    Insured:    Sigma Chi Fraternity  
           Policy No.:  DON G21943885 001  
           Claimant:   IBM Credit, LLC  
           Claim No.:  JY07J0071577

Dear Mr. Hannafan:

I am writing on behalf of Westchester Fire Insurance Company ("Westchester Fire"), to once again acknowledge receipt of correspondence and materials concerning the above matter. This correspondence is directed to you as the authorized representative of Sigma Chi Fraternity; if this is incorrect please advise accordingly. According to the materials provided, on or about February 23, 2007 IBM Credit sent a letter to Sigma Chi Fraternity alleging that Sigma Chi Fraternity was in default of IBM Credit Lease agreement and/or IBM Credit financing agreement and supplement number VP0D37327, D00D37027, D00D37051, D00D18153 and VP0D45350. IBM Credit demanded payment of $1,490,604 as a result of the alleged default (the "<u>IBM</u> Claim").

Westchester Fire has not made any determination as to the validity of claimants' allegations nor do we assert that any liability exists.

The purpose of this letter is to regretfully advise you that there is no coverage available for the <u>IBM</u> Claim under the Policy, based upon our review of the information received to date. In the event there is any additional information that you feel would impact our position, please forward same to my attention.

The Management Liability Insuring Agreement of the ACE Advantage Not-For-Profit Company insurance policy issued to Sigma Chi Fraternity is a claims made and reported policy with a Policy Period of September 28, 2006 to September 28, 2007. The aggregate limit of liability for this Policy is $5,000,000 with a $10,000 retention for each Claim under the Management Liability Insuring Agreement.

Please refer to the Policy Management Liability Insuring Agreements, which state:



I. INSURING AGREEMENTS

    A. Management Liability

    If Management Liability coverage is purchased as indicated in Item 3 of the Declarations:

      1. Directors' and Officers' Liability

      The Insurer shall pay the Loss of the Insured Persons for which the Insured Persons are not indemnified by the Company and which the Insured Persons have become legally obligated to pay by reason of a Claim first made against the Insured Persons and reported to the Insurer during the Policy Period or, if elected, the Extended Reporting Period, for any Wrongful Acts taking place prior to the end of the Policy Period.

      2. Company Reimbursement

      The Insurer shall pay the Loss of the Company for which the Company has indemnified the Insured Persons and which the Insured Persons have become legally obligated to pay by reason of a Claim first made against the Insured Persons and reported to the Insurer during the Policy Period or, if elected, the Extended Reporting Period, for any Wrongful Acts taking place prior to the end of the Policy Period.

      3. Company Liability

      The Insurer shall pay the Loss of the Company which the Company becomes legally obligated to pay by reason of a Claim first made against it and reported to the Insurer during the Policy Period or, if elected, the Extended Reporting Period, for any Wrongful Acts taking place prior to the end of the Policy Period.

      4. Outside Entity Directors' and Officers' Liability

      The Insurer shall pay the Loss of any Outside Entity Insured Person which the Outside Entity Insured Person is legally obligated to pay by reason of a Claim first made against them and reported to the Insurer during the Policy Period or, if elected, the Extended Reporting Period, for any Wrongful Acts taking place prior to the end of the Policy Period, but only excess of (i) any indemnification provided by an Outside Entity and (ii) any insurance coverage afforded to an Outside Entity or its executives applicable to such Claim.

Please also see Policy Section III. L. 1, which states:

III. EXCLUSIONS

The Insurer shall not be liable for Loss on account of any Claim:



    L. The following exclusions shall apply to any Claim covered, in whole or in part, under Insuring Agreement A, Directors' and Officers' Liability:

        1. Contract or Agreement

> alleging, based upon, arising out of, or attributable to the actual or alleged breach of any oral, written, express or implied contract or agreement. However, this exclusion shall not apply to the extent that liability would have attached to the Company in the absence of such contract or agreement, or where such Claim is covered entirely under Insuring Agreement A1, Directors' and Officers' Liability, and A2, Company Reimbursement, and no part of such Claim is covered under Insuring Agreement A3, Company Liability.

Pursuant to the above exclusion the Policy does not provide coverage for claims made against the Company for breach of contract or agreement. As the IBM Claim is based on allegations of non-payment by Sigma Chi Fraternity for goods and services provided by IBM Credit pursuant to a financing and/or credit lease agreement, this matter is not covered under the Policy.

Lastly, Westchester Fire reserves its right to deny coverage based upon grounds other than those expressly set forth in this letter and to supplement and/or amend this letter to address additional coverage issues as they may arise, based upon all of the provisions, terms, conditions, exclusions, endorsements and definitions found in the Policy and additional facts that may come to Westchester Fire's attention. Nothing stated herein and no further action taken by Westchester Fire or on its behalf should be construed as a waiver of any of its rights under the Policy. On the contrary, by providing this or any prior correspondence to the Insured, engaging in any prior or future discussions with the Insured, or paying or agreeing to pay any amount to or on behalf of the Insured, Westchester Fire does not waive any rights that it has under the Policy.

If there are any questions, please do not hesitate to contact me at (678) 795-4374.

Very truly yours,

Robyn L. Dilts
Senior Claims Specialist