# EXHIBIT 1



RECEIVED
FEB 26 2007

 *Credit LLC*

1360 René Lévesque W., Montréal, QC, Canada H3G 2W6, 1-888-245-5572

February 23, 2007

Sigma Chi Foundation
Attn: Mark V. Anderson
1714 Hinman Ave
Evanston, IL 60201
U.S.A

Account Number:    8166686

Dear IBM Customer,

IBM Credit LLC hereby notifies you that, because of failure to make payments when due, you are in default of IBM Credit lease agreement and/or IBM Credit financing agreement and supplement number VP0D37327, D00D37027, D00D37051, D00D18153 and VP0D45350.

Since the default has not been rectified and is continuing, IBM Credit LLC, in the exercise of its rights, declares all unpaid billed and unbilled amounts immediately due and payable. Therefore, Sigma Chi Foundation owes IBM Credit LLC a total of $1,490,604.00.

Unless the unpaid billed amount of $71,805.00 is paid within 10 days of receipt of this notice, and then subsequent timely payments are made, the IBM Credit LLC will pursue any legal remedies which it has in regard to the machines, including repossession without interference.

Repossession does not waive the amount due as shown above.

If payment has been made, please disregard this notice. If you should have any questions regarding your account, please contact the IBM business operations manager or customer operations manager responsible for accounts receivable at (888)-245-5572, extension 40290.

Sincerely,

Sylvie Lavoie
IBM CSO Manager