# EXHIBIT 7

# Ryan Brown

| | |
|---|---|
| **From:** | Blake Hannafan [bth@hannafanlaw.com] |
| **Sent:** | Thursday, November 29, 2007 11:18 PM |
| **To:** | Ryan Brown |
| **Subject:** | RE: Requesting Status of Response (if any) - Sigma Chi |

Ryan,

I am currently in New York on another matter. In light of the holiday last week, I have not been able to address this matter with my clients as soon as I had hoped to do so. Therefore, I would appreciate some additional time to consider the merits of your claims. As you know, we extended the same courtesy to your client on several occasions.

Regards,

Blake

-----Original Message-----
From: "Ryan Brown" <rtbrown@gordonrees.com>
To: "Blake Hannafan" <bth@hannafanlaw.com>
Sent: 11/29/2007 10:09 PM
Subject: Requesting Status of Response (if any) - Sigma Chi

Dear Blake,

Please let me know if you need additional time to respond to our correspondence of November 19, 2007 related to the IBM Credit and Incentra Claims. As we discussed, I am sensitive to the fact that we are coming off of a holiday week (and that you have the new addition to your family), and I will attempt to secure additional time if requested to do so (from the 11/30/07 5pm deadline). However, if Sigma Chi has decided to reject my client's pre-litigation settlement offer, Westchester would like to move forward with adjudicating the parties'
rights under the policy. Thank you.

Kind regards,

Ryan

Ryan T. Brown
Gordon & Rees LLP
312-565-1400
312-565-6511 f

---------------------------------------------------------

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Houston * Phoenix * Dallas * New York * Long Island * Newark * Denver

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any US. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
GORDON & REES LLP
http://www.gordonrees.com