UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMA CHI CORPORATION and <br> SIGMA CHI FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> WESTCHESTER FIRE INSURANCE <br> COMPANY, <br><br> Defendant. <br> _____ <br><br> WESTCHESTER FIRE INSURANCE <br> COMPANY, <br><br> Counter-Plaintiff, <br><br> v. <br><br> SIGMA CHI CORPORATION, SIGMA CHI <br> FOUNDATION, and DOES 1 THROUGH 10, <br><br> Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-cv-00767 <br> ) <br> ) Judge Ruben Castillo <br> ) <br> ) Magistrate Judge Arlander Keyes <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

TO:  Blake T. Hannafan, Esq.
     Hannafan & Hannafan, Ltd.
     One East Wacker Drive
     Suite 2800
     Chicago, IL 60601
     (312) 527-0055
     Email:  bth@hannafanlaw.com

　　　　PLEASE TAKE NOTICE that on the 14th day of March, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Answer, Affirmative Defenses and Counterclaim of Defendant Westchester Fire Insurance Company, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Westchester Fire Insurance Company

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Ryan T. Brown
GORDON & REES LLP
Attorney for Defendant
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
Tel: (312) 565-1400
Fax: (312) 565-6511
Attorney No. 6269256

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, a copy of the Notice of Filing Answer, Affirmative Defenses and Counterclaim of Defendant Westchester Fire Insurance Company, was electronically filed. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

    Blake T. Hannafan, Esq.
    Hannafan & Hannafan, Ltd.
    One East Wacker Drive
    Suite 2800
    Chicago, IL 60601
    (312) 527-0055
    Email:  bth@hannafanlaw.com