U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 1:08-cv-00767

SIGMA CHI CORPORATION and SIGMA
CHI FOUNDATION, Plaintiffs
v.
WESTCHESTER FIRE INSURANCE
COMPANY, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WESTCHESTER FIRE INSURANCE COMPANY

| |
|---|
| NAME (Type or print)<br>Kimberly E. Blair |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Kimberly E. Blair |
| FIRM<br>Gordon & Rees LLP |
| STREET ADDRESS<br>One North Franklin, Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272934 | TELEPHONE NUMBER<br>312-980-6762 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐