## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on April 3, 2008 he caused a true and correct copy of **Sigma Chi Corporation's and Sigma Chi Foundation's Answer and Affirmative Defenses to Westchester Fire Insurance Company's Counterclaim** to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

                                                 Ryan T. Brown
                                               Kimberly Elizabeth Rients
                                               Michael P. Tone
                                               Tyler Steven Mertes
                                               GORDON & REES LLP
                                               One North Franklin
                                               Suite 1800
                                               Chicago, Illinois 60606


                                               s/ Eric J. Malnar


Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055