## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SIGMA CHI CORPORATION and <br> SIGMA CHI FOUNDATION <br><br>    Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> WESTCHESTER FIRE INSURANCE <br> COMPANY, <br><br>    Defendant and Counter-Plaintiff | CASE NO. 08 C 767 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Arlander Keys |

### NOTICE OF FILING

To:   Ryan T. Brown
      GORDON & REES LLP
      One North Franklin
      Suite 1800
      Chicago, Illinois 60606


   **PLEASE TAKE NOTICE** that on April 3, 2008, we filed with the Clerk of the United States District Court for the District of Illinois, Eastern Division, the attached **Sigma Chi Corporation's Answer and Affirmative Defenses to Westchester Fire Insurance Company's Counterclaims,** a copy of which is attached hereto and is served upon you.

Dated:   April 3, 2008

                                    /s Eric J. Malnar
                                    One of the Attorneys for Sigma Chi
                                    Foundation and Sigma Chi Corporation.

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055
ejm@hannafanlaw.com