## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Sigma Chi Corporation, et al.

Plaintiff,

v.                                                   Case No.: 1:08–cv–00767
                                                     Honorable Ruben Castillo

Westchester Fire Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

        MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/29/2008. Settlement conference set for 5/28/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone. The parties are directed to proceed with all discovery. All fact discovery to be completed on or before 8/29/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.