**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Sigma Chi Corporation, et al.

                                          Plaintiff,

v.                                                        Case No.: 1:08–cv–00767
                                                       Honorable Ruben Castillo

Westchester Fire Insurance Company

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 5/28/2008. The parties are requested to reevaluate their final settlement positions. Any dispositive motions are due on or before 9/30/2008. Responses will be due on or before 10/30/2008. No reply briefs will be necessary. The Court will hold a status hearing in open court on 7/1/2008 at 10:00 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.