# EXHIBIT 1



SIGMA CHI
FRATERNITY

INTERNATIONAL HEADQUARTERS
1714 Hinman Avenue, Evanston, IL 60201
t: 847.869.3655
f: 847.869.4906
www.sigmachi.org

February 23, 2007

To The Attention of: Messrs. Saladin Kurjakovic, Accounts Receivable;
Tony Praino, Account Restructuring;
Chris W. Hanson, IBM Relationship Manager

IBM Credit LLC
North Castle Drive
Armonk, NY 10504-1785

via Email: saladin@ca.ibm.com;
Praino@us.ibm.com;
Hansoncw@us.ibm.com

To the Attention of: Messrs. Davie Costello;
Robert Wosneski

Incentra Solutions
2050-80 Finley Road
Lombard, IL 60148

via Email: dcostello@incentrasolutions.com;
rwosneski@incentrasolutions.com

Gentlemen:

As you know from your conversations with Mr. Brad Nihls and/or Mr. Ashley Woods of Sigma Chi Corporation and Sigma Chi Foundation respectively, we wish to confirm that the execution of various documents for the lease of equipment and the provision of services by Mr. Daniel Walker was done without authority and without the knowledge of any authorized officer or agent of Sigma Chi Foundation ("Foundation") or Sigma Chi Corporation ("Corporation"). As a result, all of the documents executed by Mr. Daniel Walker and identified further below are considered by both the Foundation and the Corporation to be void and of no force or effect:

Incentra Solutions Proposal NSTQ5171 of September 7, 2006 and the related IBM Credit LLC Document US9B-6TMTLE-4 of September 15, 2006, now #VP0D37327 and

Incentra Solutions Proposal INCQ6473 of December 12, 2006, and the related IBM Credit LLC Documents VP0D45350 of December 14, 2006, and

Incentra Solutions Proposal NSTQ5515 of October 15, 2006, and the related IBM Credit LLC Documents USAB-6UHUZT now D00D37027 of November 2, 2006, and

IBM Credit LLC Document USAB-6UHUP5-2 now D00D37051 of November 2, 2006

Messrs.   Saladin Kurjakovic, Accounts Receivable;
          Tony Praino, Account Restructuring;
          Chris W. Hanson, IBM Relationship Manager;
          Davie Costello;
          Robert Wosneski
February 23, 2007
Page 2


We recently learned of Mr. Walker's unauthorized execution of these documents and their content when our Accounting department advised us of the receipt of unexpected IBM invoices apparently related to the equipment described within these documents.

Although no longer an employee of either organization, Mr. Walker had no authority to bind either organization to these agreements. Moreover, in previous dealings with Incentra Solutions, we advised Incentra representatives that all contracts must be signed by the Foundation CEO, Greg Harbaugh, or Mr. Ashley Woods for the Foundation or Mr. Mark Anderson, President, for the Corporation. Therefore, Mr. Walker had no actual or apparent authority to execute the documents in question nor was he authorized to order the equipment or services described within the documents. As a result, we decline to pay the invoices received from IBM and decline to pay for any of the equipment or services described within the documents.

We do sincerely regret any inconvenience that both Incentra and IBM may experience as a result of Mr. Walker's actions. We will do all we reasonably can to assist you with your prompt removal of any equipment or items delivered as a result of these documents. All arrangements for this removal should be coordinated through Mr. Ashley Woods for the Foundation and Mr. Bradley Nihls for the Corporation.

Sincerely yours,

Greg Harbaugh
President & CEO, Sigma Chi Foundation

Mark V. Anderson
President, Sigma Chi Corporation

Attachments

cc:  Ashley Woods
     Brad Nihls

bcc: Michael T. Hannafan
     Blake Hannafan