# EXHIBIT 2

Case 1:08-cv-00767   Document 24-3   Filed 06/02/2008   Page 1 of 3

# HANNAFAN & HANNAFAN, LTD.

One East Wacker Drive
Suite 1208
Chicago, Illinois 60601
(312) 527-0055
Fax: (312) 527-0220

www.hannafanlaw.com

March 22, 2007

To The Attention of:  Messrs. Saladin Kurjakovic, Accounts Receivable;
Tony Praino, Account Restructuring;
Chris W. Hanson, IBM Relationship Manager

IBM Credit LLC
North Castle Dr.
Armonk, NY 10504-1785

To The Attention of:  Mr. Sylvie Lavoie, IBM CSO Manager

IBM Credit LLC
1360 Rene Levesque W.
Montreal, QC Canada
H3G 2W6

To The Attention of:  Messrs. David Costello;
Robert Wosneski

Incentra Solutions
2050-80 Finley Road
Lombard, IL 60148

To The Attention of:  Karl R. Guest, Esq.

Law Offices of Karl R. Guest
94 Underhill Road
Orinda, CA 94563

Re:  Sigma Chi Foundation- Request to Uninstall Equipment

Gentlemen:

Our firm has been retained by Sigma Chi Foundation and Sigma Chi Corporation regarding the dispute relating to the alleged contracts identified in Mr. Greg Harbaugh's and Mr. Mark V. Anderson's February 23, 2007, letter to you. As you know, in that letter, our clients told you that they will not pay for the equipment or services described in those documents and requested that you remove any equipment or items delivered. Our clients are also in receipt of

Mr. Lavoie's February 23, 2007, letter stating that IBM considers them in default and threatening to repossess the equipment. The alleged agreements provide that in the event of default IBM shall repossess the equipment. Therefore, we want to reiterate that our clients want you to please remove the equipment and items described in the four unauthorized agreements, without jeopardizing their other software and hardware, immediately and will assist you in this removal.

This letter is also to confirm that our clients are only contesting the alleged contracts identified in their February 23, 2007, letter and will continue to honor their obligations under the other contracts with IBM.

Our clients would like to attempt to amicably resolve this situation as soon as possible. Therefore, will you please provide us with the names and phone numbers of your respective counsel or ask them to contact us to discuss this matter. Finally, please direct all future correspondence and communications regarding this matter to either myself or my partner, Michael T. Hannafan.

                                            Very truly yours,

                                            Blake T. Hannafan

Cc: Greg Harbaugh
    Mark V. Anderson
    Bob Jones

2