# EXHIBIT 3

# HANNAFAN & HANNAFAN, LTD.

One East Wacker Drive
Suite 1208
Chicago, Illinois 60601
(312) 527-0055
Fax: (312) 527-0220

www.hannafanlaw.com

June 21, 2007

Via Certified Mail
Return Receipt Requested
And Electronic Mail

Robyn L. Dilts
ACE Westchester Specialty
Group Claims
500 Colonial Center Parkway
Suite 200
Roswell, GA. 30076

      Re: <u>Sigma Chi Fraternity and Sigma Chi Foundation: Policy Number DON G21943885 002 and Claim Number JY07J0071577</u>

Dear Ms. Dilts:

      We are in receipt of your June 1, 2007, letter denying coverage to our client Sigma Chi Fraternity under Policy No. DON G21943885 001. A few points of clarification are necessary. My understanding is that the policy at issue is Policy No. DON G21943885 *002*, not 001. ("the Policy"). In addition, we represent Sigma Chi Fraternity and Sigma Chi Foundation, both of which are covered under the Policy, and both entities are demanding coverage under the Policy with regards to the Claims made by IBM Credit and, subsequently, Incentra Solutions, Inc. On June 1, 2007, I sent you a copy of Mr. Mark V. Anderson's demand for coverage regarding Incentra Solutions, Inc.'s threatened lawsuit.

      We have reviewed your June 1, 2007, letter and, as I discussed with you several weeks ago, we disagree with Westchester Fire's interpretation of the Policy's terms and exclusions. In particular, your interpretation and application of Policy Section III. L. 1 is simply wrong and lacks support based on the plain language of the Policy. As I explained to you before, the alleged exclusion under Paragraph L. 1 is specifically limited to "**Insuring Agreement A, Directors' and Officers' Liability.**" (emphasis added). Based on the clear and unambiguous language this alleged exclusion does not and cannot be applied to Policy Section I. Insuring Agreements A.2-A.4 and, more specifically, does not and cannot apply to Policy Section I. A.3 "Company Liability" which is at issue regarding the IBM Credit and Incentra Solutions, Inc.

Claims. Therefore, we suggest that Westchester Fire reconsider its erroneous interpretation and demand that it honor the Policy and provide coverage to Sigma Chi Fraternity and Sigma Chi Foundation for the noticed Claims.

If Westchester Fire does not agree to honor the Policy and provide coverage by 5:00 p.m. EDT on June 29, 2007, our clients will file a declaratory suit against Westchester Fire for coverage. Finally, because Westchester Fire's denial of coverage is baseless, we will also file a claim for bad faith and vexatious denial of benefits and seek punitive damages and attorneys' fees. Thank for you consideration and we look forward to your response.

Our clients reserve all of their rights under the Policy and all applicable laws and nothing stated in this letter or any actions taken shall be deemed an admission or waiver of any rights and/or grounds for their demands for coverage.

Very truly yours,

Blake T. Hannafan

Cc: Greg Harbaugh
    Mark V. Anderson

2