# EXHIBIT 4

RYAN T. BROWN
RTBROWN@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
205 N. MICHIGAN AVENUE
SUITE 2560
CHICAGO, ILLINOIS 60601
PHONE: (312) 565-1400
FAX: (312) 565-6511
WWW.GORDONREES.COM

**CONFIDENTIAL AND INADMISSIBLE**
**FOR SETTLEMENT PURPOSES ONLY**

September 17, 2007

**VIA ELECTRONIC MAIL**

Blake T. Hannafan, Esq.
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 1208
Chicago, IL 60601

| | | |
|---|---|---|
| Re: | Named Insured: | Sigma Chi Fraternity, et al. |
| | Claimants: | IBM Credit LLC; Incentra Solutions, Inc. |
| | Policy No.: | DON G21943885 002 |
| | Policy Period: | September 28, 2006 to September 28, 2007 |
| | ACE Claim No.: | JY07J0071577 |
| | G&R Matter No.: | 1046395 |

Dear Attorney Hannafan:

As you know, Gordon & Rees LLP has been retained by Westchester Fire Insurance Company ("Westchester Fire") to address the coverage issues presented by the above referenced claims ("Claims") brought by IBM Credit LLC and Incentra Solutions, Inc. against Sigma Chi Fraternity and Sigma Chi Foundation (collectively "Sigma Chi"). Further to our correspondence of July 26, 2007, Westchester Fire continues to disagree with Sigma Chi's interpretation of Section III.L. of the Policy. Notwithstanding the above, and further to our conversations, Westchester has agreed to withdraw the coverage letters previously issued with respect to the Claims.

Next, in anticipation of our meeting on September 18, 2007, we request that Sigma Chi submit a statement of costs incurred defending the Claims. As we discussed, Westchester Fire will review and fund reasonable and necessary costs in accordance with the Policy.

Blake T. Hannafan, Esq
September 17, 2007
Page 2

---

      Our enumeration of specific coverage issues in no way serves to waive or limit the rights that Westchester Fire has or may obtain. In this connection, Sigma Chi and Westchester Fire agree that neither party has waived any right under the Policy, at law or in equity. As we discussed, Westchester Fire reserves the right to supplement and/or amend this letter to address additional coverage issues as they may arise, based upon all of the provisions, terms, conditions, exclusions, endorsements, and definitions found in the Policy and additional facts that may come to their attention.

      Nothing stated herein and no further action taken by Westchester Fire or on its behalf should be construed as a waiver of any of its rights under the Policy, at law or in equity. On the contrary, by providing this or any prior correspondence to Sigma Chi, engaging in any prior or future discussions with Sigma Chi regarding coverage and settlement, or paying or agreeing to pay any amount to or on behalf of Sigma Chi, Westchester Fire does not waive any rights that it has under the Policy, at law or in equity.

      I look forward to meeting with you tomorrow and working with you towards the amicable resolution of this dispute.

                                                Very truly yours,

                                      *s/ Ryan T. Brown*

                                        Ryan T. Brown

RTB:ah

cc:    Robyn L. Dilts, Esq.
        ACE Westchester Specialty Group Claims