# EXHIBIT 6-5

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| DON | G21943885 003 | 9/28/2007 To 9/28/2008 | |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

### Amended Premium - Discovery Period

It is agreed that:

1.  Item 6 of the Declarations is amended by deleting this section its entirety and inserting the following:

    **Policy** Premium:  $14,000
    Annual Premium:  $14,000

    **Extended Reporting Period:**
    A.  Additional Premium:    100% of Annual Premium
    B.  Additional Period:    12    months

2.  Section VI, **Extended Reporting Period**, is amended at subsection B, by deleting the first sentence and inserting the following:

    The premium due for the one year **Extended Reporting Period** shall be 100% of the annual premium.  Such premium shall be paid by the **Named Insured** to the **Insurer** within 10 days following the date of notice by the **Insurer** of the premium due.

All other terms and conditions of this **Policy** remain unchanged.

000155

Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol DON | Policy Number G21943885 003 | Policy Period 9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## Named Insured

It is agreed that Section II of the **Policy**, Definitions, is amended by adding the following to the definition of **Named Insured**:

Sigma Chi Corporation dba Sigma Chi Fraternity
Sigma Chi Foundation
Risk Management Foundation
Constantine Capital, LLC
All Chapters, Colonies, House Corporations, Alumnae Chapters, and Associations sanctions by Sigma Chi Fraternity

All other terms and conditions of this **Policy** remain unchanged.

000156

Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured
Sigma Chi Fraternity, et al | | | Endorsement Number |
| Policy Symbol
DON | Policy Number
G21943885 003 | Policy Period
9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)
Westchester Fire Insurance Company | | | |

## Cancellation by Insurer

It is agreed that Termination of **Policy** is amended at subsection A by deleting paragraph 2 in its entirety.

All other terms and conditions of this **Policy** remain unchanged.

000157

Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol | Policy Number | Policy Period | |
| DON | G21943885 003 | 9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

## Professional Services Exclusion - General Professional

It is agreed that Section III, Exclusions, is amended by adding the following:

The **Insurer** shall not be liable for **Loss** on account of any **Claim**:

- alleging, based upon, arising out of, or attributable to the rendering or failure to render professional services.

All other terms and conditions of this **Policy** remain unchanged.

000158

Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| DON | G21943885 003 | 9/28/2007 To 9/28/2008 | |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

## Professional Services Exclusion - Insurance Agent or Broker

It is agreed that Section III, Exclusions, is amended by adding the following:

The **Insurer** shall not be liable for **Loss** on account of any **Claim**:

- alleging, based upon, arising out of, or attributable to the rendering or failure to render professional services in connection with the **Insured's** business as insurance agents or brokers. Such professional services shall include, without limitation, the negotiation of insurance contracts; collection or remittance of premiums; rendering of advice concerning limits of liability, deductible, terms, conditions, application of exclusions, scope of coverage, types of coverages or forms to be carried; the rendering of loss control services; or any advice by the **Insureds** in connection with any of the foregoing.

All other terms and conditions of this **Policy** remain unchanged.

000159

_____
Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol<br>DON | Policy Number<br>G21943885 003 | Policy Period<br>9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

## Punitive and Exemplary Damages - All Insuring Agreements

It is agreed that Section II, Definitions, the definition of **Loss**, is amended as follows:

1.    Paragraph 3 is deleted in its entirety and the following is inserted:

  3.  the multiple portion of any multiplied damage award.

2.    The following is added at the end of the definition of **Loss**:

  **Loss** shall include punitive and exemplary damages to the extent such damages are insurable under the internal laws of any jurisdiction which most favors coverage for such punitive or exemplary damages and which has a substantial relationship to the **Insureds**, **Insurer**, this **Policy** or such **Claim**.

All other terms and conditions of this **Policy** remain unchanged.

Authorized Representative

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| DON | G21943885 003 | 9/28/2007 To 9/28/2008 | |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

## AAI AMENDATORY ENDORSEMENT – ILLINOIS

It is agreed that Section XIX, Action Against the **Insurer,** is amended by deleting "Except as provided in Section XXII, Alternative Dispute Resolution, no action shall lie against the **Insurer**.", and inserting "No action shall lie against the **Insurer** unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this **Policy**."

It is further agreed that Section XXII, Alternative Dispute Resolution, is amended by deleting "The **Insureds** and the **Insurer** shall submit" from the first paragraph and inserting "The **Insureds** and the **Insurer** may submit"

All other terms and conditions remain unchanged.

AUTHORIZED REPRESENTATIVE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 003 | Policy Period 9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## AMENDATORY ENDORSEMENT - ILLINOIS

I.  The definition of **Defense Costs** under Section II. of the **Policy**, DEFINITIONS is amended by adding the following:

**Defense Costs** also do not include unallocated, routine and ongoing expenses such as the salaries for the **Insured's** and **Insurers** staff attorneys.

II. The definition of **Loss** under Section II. of the **Policy**, DEFINITIONS is deleted in its entirety and replaced with the following:

**Loss** means the damages, judgments, settlements and **Defense Costs** which the **Insured** becomes legally obligated to pay on account of any **Claim** first made against any **Insured Person** during the **Policy Period** or, if elected, the **Extended Reporting Period**, for **Wrongful Acts** to which this **Policy** applies. **Loss** does not include:

1.  any amount for which the **Insured** is not financially liable or legally obligated to pay;

2.  taxes, fines or penalties;

3.  punitive or exemplary damages or the multiple portion of any multiplied damage award;

4.  any amount incurred by any **Insured Person** in a proceeding or investigation that is not at that time a **Claim**, even if such amount also benefits the defense of a **Claim;**

5.  any amount incurred by the **Company**, including its board of directors or any committee of the board of directors, in connection with the investigation or evaluation of any **Claim** or potential **Claim** by or on behalf of the **Company;**

6.  matters uninsurable under the laws pursuant to which this **Policy** is construed;

7.  any reimbursement required pursuant to the Sarbanes-Oxley Act of 2002 and any amendments there to, or any other type of reimbursement of disgorgement.

All other terms and conditions remain unchanged.

_____
AUTHORIZED REPRESENTATIVE

D&O IL 015 (03/04)
(For D&O, Side A, Corp., Priv. & NFP Policies)
PF-15472 (04/04)                © ACE USA, 2004                Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured<br>Sigma Chi Fraternity, et al | Endorsement Number |
|---|---|
| Policy Symbol<br>DON | Policy Number<br>G21943885 003 | Policy Period<br>9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>Westchester Fire Insurance Company | |

## AMENDMENT OF TERMINATION PROVISION – ILLINOIS

With respect to provisions for cancellation by the **Insurer**, Section XVI, Termination of the **Policy**, subsection A is deleted in its entirety and replaced with the following:

XVI.    TERMINATION OF THE **POLICY**

A.    This **Policy** shall terminate at the earliest of the following times:

a.    the effective date of termination specified in a prior written notice by the **Named Insured** to the **Insurer**;

b.    30 days after receipt by the **Named Insured** of a written notice of termination, stating the reason for cancellation, from the **Insurer**, if this **Policy** has been in effect for 60 days or less;

c.    60 days after receipt by the **Named Insured** of a written notice of termination, stating the reason for cancellation, from the **Insurer**, if this **Policy** has been in effect for 61 days or more;

d.    10 days after receipt by the **Named Insured** of a written notice of termination from the **Insurer** for failure to pay a premium when due, unless the premium is paid within such 10 day period. If such cancellation is for failure to pay premium when due upon inception, such cancellation shall be effective retroactive to policy inception;

e.    upon expiration of the **Policy Period** as shown in Item 2 of the Declarations; or

f.    at such other time as may be agreed upon by the **Insurer** and the **Named Insured**.

All other terms and conditions remain unchanged.

AUTHORIZED REPRESENTATIVE

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 003 | Policy Period 9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## EXTENDED REPORTING PERIOD - ILLINOIS

It is agreed that Section VI. Extended Reporting Period is amended as follows:

A.  Paragraph A is deleted in its entirety and replaced with the following:

If the **Insurer** or the **Named Insured** terminates or does not renew this **Policy**, the **Named Insured** shall have a right, upon payment of additional premium as provided described below, to a continuation of coverage granted by this **Policy** for the **Extended Reporting Period** of one year following the effective date of such termination or nonrenewal, but only with respect to **Claims** first made during the **Extended Reporting Period** and arising from **Wrongful Acts** taking place prior to the effective date of such termination or nonrenewal. This right to continue coverage shall lapse unless written notice of such election is given by the **Named Insured** to the **Insurer** within 30 days following the effective date of termination or nonrenewal. A change in policy terms, conditions, exclusions and/or premiums shall not be considered a nonrenewal for purposes of triggering the rights to the **Extended Reporting Period**.

B.  Paragraph B. is deleted in its entirety and replaced by the following:

The premium for the one year **Extended Reporting Period** shall be 100% of the immediately preceding annual premium. Such premium shall be paid by the **Named Insured** to the **Insurer** at the time the **Named Insured** elects to purchase the Extended Reporting Period, but not more then 30 days following the effective date of termination or nonrenewal. The **Extended Reporting Period** is not cancelable and the entire premium for the **Extended Reporting Period** shall be deemed fully earned and non-refundable upon payment.

All other terms and conditions remain unchanged.

AUTHORIZED REPRESENTATIVE

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 003 | Policy Period 9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## OTHER INSURANCE CLAUSE – ILLINOIS

It is agreed that Section XII, Other Insurance, is deleted in its entirety and replaced with the following:

III.    **OTHER INSURANCE**

If any **Loss** covered under this **Policy** is covered under any other valid insurance, then this **Policy** shall share with such other valid insurance, subject to this **Policy's** terms and conditions, as follows:

1.  If all the other insurance permits contribution by equal shares, the **Insurer** will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the **Loss** remains, which ever comes first; or

2.  If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

All other terms and conditions remain unchanged.

AUTHORIZED REPRESENTATIVE

## POLICYHOLDER DISCLOSURE NOTICE
## OF TERRORISM INSURANCE COVERAGE

| Named Sponsor<br>Sigma Chi Fraternity, et al | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol<br>DON | Policy Number<br>G21943865 003 | Policy Period<br>9/28/2007 To 9/28/2008 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>Westchester Fire Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

You should be aware that under the Terrorism Risk Insurance Act (the Act), any losses resulting from certified acts of terrorism under your existing coverage may be partially reimbursed by the United States Government under a formula established by federal law (applicability is subject to the terms and conditions of each individual policy). The Act was specifically designed to address the ability of businesses and individuals to obtain property and casualty insurance for terrorism and to protect consumers by addressing market disruptions and ensure the continued availability of terrorism coverage.

Under the terms of the Act, you may now have the right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: the term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Responsibility for Compensation under the Act is shared between insurance companies covered by the Act and the United States Government. Under the formula set forth in the Act, the United States Government pays 90% (85% in 2007) of covered terrorism losses exceeding the statutorily established deductible, which is paid by the insurance company providing the coverage.

We are providing you with the terrorism coverage required by the Act. The premium for the coverage is set forth below.

Terrorism Risk Insurance Act premium:  $ 0

_____
Authorized Agent

TRIA11a (2/06)

**Cox, Andrea L**

| | |
|---|---|
| **From:** | Cox, Andrea L |
| **Sent:** | Friday, September 28, 2007 11:24 AM |
| **To:** | 'Jimmie Tarver' |
| **Subject:** | Sigma Chi Fraternity--POLICY ATTACHED |

**Attachments:**    Sigma Chi Fraternity, et al Binder Letter.pdf; Sigma Chi Fraternity, et al NFP Policy.pdf

    

Sigma Chi          Sigma Chi
Fraternity, et al Bi...Fraternity, et al NF...

　　　　　　　　　　　Thanks for the order.  Attached is my binder and also their policy for the next year.  Please review and make sure you find all is in order.  Glad we were able to keep this one!

Andrea Cox, CPCU
Senior Underwriter
ACE Westchester--Diversified Risk
500 Colonial Center Parkway--Suite #200
Roswell, GA 30076
Phone (678)795-4268
Fax (678)795-4197


-----Original Message-----
From: Jimmie Tarver [mailto:JTarver@tricityins.com]
Sent: Friday, September 28, 2007 9:55 AM
To: Cox, Andrea L
Subject: Sigma Chi Fraternity Bind Order
Importance: High


Hi Andrea,

Please bind coverage on the above account effective 9/28/07 to 9/28/08 for a $5M limit; 10k D&O/EPLI retention for a premium of $14,000.

Please forward your binder and invoice to my attention at your earliest convenience.

Thank you,

Jimmie Tarver
Senior Account Manager
Bisys/Tri-City Brokerage of Illinois
550 W. Van Buren
Suite 1500
Chicago, IL 60607
(312) 879-7113 phone
(312) 876-1394 fax
jtarver@tricityins.com

1

000160



# ace usa

## ACE Advantage℠

## RENEWAL APPLICATION FOR NOT-FOR-PROFIT COMPANY LIABILITY INSURANCE

### Instructions for Completing This Application

Please read carefully and check below all Coverages you seek. Fully answer all questions and submit all requested information for each Coverage you seek. All applicants must complete the General Information and the final section of this Application. Terms appearing in bold face in this Application are defined in the Policy and have the same meaning in this Application as in the Policy. This Application, including all materials submitted herewith, shall be held in confidence.

NOTE: The Insurance for which you are applying is written on a Claims made and reported basis; only Claims first made against the Insured and reported to the Company during the Policy Period are covered subject to the Policy provisions.

### GENERAL INFORMATION

1.  a.   The Company to be Named in Item 1 of the Declarations (the "Company"):
Sigma Chi Fraternity, Sigma Chi Foundation, Risk Management Foundation, Constantine Capital, Inc.

Street Address:
1714 Hinman Avenue

City: Evanston   State: IL   Zip Code: 60201

b.   Officer designated to receive correspondence and notices from the Insurer:

Ann M. Hodyl                         Benefits Administrator
(Name of Officer)                    (Title)

2. State of Incorporation: Illinois   Date Incorporated: 3/24/1898

3. Primary SIC Code: _____   Dunn & Bradstreet No: _____

4. Tax Status:  ☒ Section 501(c)   ☐ Taxable Non-Profit
☐ Other (if other please describe) _____

5:    Provide the following information for the current fiscal year:  *Info n/a yet per Controller*

Total Assets:    $            Revenues:    $

Fund Balance:    $            Net Income:    $

6.    Please provide the following information regarding current insurance coverage;

| Insurance | Carrier | Limits (in MMs) | Premium | Expiration Date |
|---|---|---|---|---|
| Crime/Fidelity | St. Paul Travelers | | $2,340 | 07/30/09 |
| EPL | | | | |
| Fiduciary Liability | | | | |

7.    Check Coverage(s) Desired: ☐ D&O Liability        ☐ Crime/Fidelity    ☐ EPL
                    ☐ Fiduciary Liability ☐

Other:_____

**000190**

## NOT-FOR-PROFIT COMPANY LIABILITY APPLICATION

*Please attach copies of the following with respect to the Company and Subsidiaries:*
- Current indemnification provisions, and by-laws
- Audited financial statements for the last two (2) years
- A schedule of all **Subsidiaries** to be **Insured** under this policy including each **Subsidiary's** tax status, affiliation and the percentage of ownership by the applicant for insurance
- List of officers and directors of the **Company**.

*Please answer the following questions:*

1. Does the **Company** or any person(s) proposed for this insurance perform any of the following:

   a. Provide a referral service, legal aid service, or computer service to its members or the public?  ☐ Yes  ☒ No

   b. Promote or sponsor any type of group travel, conventions, parades or other similar events, or assume any liability in connection therewith?  ☒ Yes  ☐ No

   c. Promote, sponsor or provide any form of insurance to its members or non-members?  ☐ Yes  ☒ No

   d. Engage in any form of research, development, experimentation or testing?  ☐ Yes  ☒ No

   e. Act as or participate in a peer review group or committee for assessing the qualifications and performance of others or the quality of products manufactured, sold, handled or distributed by others?  ☒ Yes  ☐ No

   f. Take any disciplinary action or recommend disciplinary action as a result of peer review group activities?  ☒ Yes  ☐ No

   g. Develop standards used to evaluate the quality of goods or products manufactured or services rendered?  ☐ Yes  ☒ No

   h. Engage in such activities as lobbying or labor negotiations?  ☐ Yes  ☒ No

   i. Promote any specific product to its members which will produce a profit for the **Company** or any person proposed for this insurance?  ☐ Yes  ☒ No

   j. Publish any magazines, periodicals, newsletters or technical manuals?  ☒ Yes  ☐ No

2. Has there been or is there now pending any dispute as to the **Company's** tax-exempt status?  ☐ Yes  ☒ No

3. Has the **Company** ever loaned monies to any director, officer, trustee or employee or entered into any contract with companies owned by any director, officer, trustee or employee?  ☐ Yes  ☒ No

4. Has the **Company** or any **Subsidiary**:

   a. contemplated or been involved in any bankruptcy proceedings?  ☐ Yes  ☒ No

   b. plan to declare bankruptcy within the next 12 months?  ☐ Yes  ☒ No

5. During the last three years, have any of the **Insureds** been involved in:

   a. any anti-trust, copyright or patent litigation?  ☒ Yes  ☐ No

   b. any other criminal proceeding?  ☐ Yes  ☒ No

   c. any representative actions, class actions or derivative suits?  ☐ Yes  ☒ No

   d. any other material litigation?  ☐ Yes  ☒ No

000191

## EMPLOYMENT PRACTICES LIABILITY APPLICATION

*Please attach copies of the following:*
- Current employee handbook
- Current employee application form(s)
- Copy of the **Company's** employment termination procedures
- Most recent EEOC-1 Report for consolidated **Company** (if there are more than 500 employees)

1. During the last 3 years have any of the **Insureds** been involved in any administrative proceedings before:

    a.    the Equal Employment Opportunity Commission?    ☐ Yes   ☐ No

    b.    the U.S. Department of Labor including the Office of Federal Contract Compliance Programs ("OFCCP")?    ☐ Yes   ☐ No

    c.    any state or local government agency whose purpose is to address employment-related **Claims**    ☐ Yes   ☐ No

2. Please provide the following information:

| Total # of Employees: | Current Yr | 1st Prior Yr | 2nd Prior Yr |
|---|---|---|---|
| Total # employed by the **Insured**: | | | |
| Percentage employed full time: | % | % | % |
| Percentage employed domestically: | % | % | % |
| Total number of volunteers: | | | |
| Employed in CA or TX: | | | |
| Employed in WASHINGTON DC: | | | |
| Percentage of Employee Turnover | % | % | % |

3. Does the **Company** use an outside employment legal counsel for employment advice and/or defense?    ☐ Yes   ☐ No

4. During the next 12 months, does the **Company** plan to have any layoffs, staff reductions, facility closings or consolidations which will terminate more than 10% of the work force on a **Company** wide basis?    ☐ Yes   ☐ No

5. Has the **Company** or any prospective **Insureds** been involved in employment or labor related litigation, during the last 3 years? If "Yes," attach full details.    ☐ Yes   ☐ No

6. Does the **Company** have written guidelines or procedures for addressing human resources or personnel management?    ☐ Yes   ☐ No

7. Does the **Company** distribute to employees a copy of these guidelines or procedures?    ☐ Yes   ☐ No

8.  Does the **Company** have a full-time human resources manager?  ☐ Yes  ☐ No

9.  Does the **Company** provide:  ☐ Yes  ☐ No

    a.  Updated information to managers and supervisors on training in human resources issues, including performance appraisals, discipline, and workplace harassment, at least annually?

    b.  Updated information to employees on human resources issues, including performance appraisals, discipline, and workplace harassment, at least annually?  ☐ Yes  ☐ No

    c.  An employee hotline or 1-800 number for reporting **Claims**, circumstances and issues?  If "Yes," attach details concerning who initially receives this information and the process of disseminating this information to upper management.  ☐ Yes  ☐ No

10. Does the **Company** have an agreement or policy requiring employees to arbitrate all employee-related **Claims**?  ☐ Yes  ☐ No

11. When an employee is discharged:

    a.  Is officer approval required, and are human resources personnel directly involved?

    b.  Is an attorney consulted prior to discharging an employee?  ☐ Yes  ☐ No

    c.  Does the **Company** provide references for former employees which include any information other than the dates of employment, title(s) and compensation?  ☐ Yes  ☐ No

    ☐ Yes  ☐ No

000193

## FIDUCIARY LIABILITY APPLICATION

*Please attach a list of all Plans funded by the applicant. In addition, provide copies of the following information for the five largest funded Plans:*

- Copies of the latest CPA-audited financial statements, with investment portfolios (If **Plan** assets are held in a master trust, submit master trust investment portfolio)
- Copies of the most recent 5500s for all **Plans** to be insured
- Written **Plan** description(s) and latest financial statement(s), if applicable, for any non-qualified **Plan(s)**

1. Total assets of the Sponsor Organization          $

2. Total assets of all **Plans**          $

3. Types of **Plans** to be **Insured** (check all that apply):

   ☐ Defined Benefit **Plan**          ☐ Defined Contribution **Plan**

   ☐ Welfare Benefit **Plan**          ☐ Other

4. Do any of the aforementioned **Plans** include investments in securities of the sponsor organization and/or any of its **subsidiaries** (including, but not limited to ESOP **Plans**, 401k **Plans** with an ESOP feature or a Defined Benefit **Plan** with and ESOP feature)? If "Yes," attach full details.          ☐ Yes ☐ No

5. Is the **Plan(s)** a multiple employer or multi employee **Plan**?          ☐ Yes ☐ No

6. Does the **Plan(s)** employ the investment, trustee, actuarial, legal administrative, or benefits consulting services of any outside providers? If "Yes," attach full details.          ☐ Yes ☐ No

7. Has any **Plan** requested or contemplated filing a request for termination? If "Yes," attach full details.          ☐ Yes ☐ No

8. In the past two years, has there been any amendment(s) to any **Plan(s)**, or has any amendment been contemplated, that has resulted in or may result in any change or reduction of benefits, including but not limited to an increase in participants' share of costs? If "Yes," attach full details.          ☐ Yes ☐ No

9. Are all defined benefit **Plans** adequately funded in accordance with ERISA or any applicable similar common or statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world, as attested to by an actuary?          ☐ Yes ☐ No

10. Is there any known violation(s) of ERISA or any similar common or          ☐ Yes ☐ No

statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world to which a **Plan** is subject? If "Yes," attach full details.

11.    Has there been or is there now pending any inquiry, investigation or communication which could give rise to a **Claim** under this policy? If "Yes," attach full details.    ☐ Yes ☐ No

000195

## COMMERICAL CRIME APPLICATION

*Please attach copies of the following:*

- Copy of CPA management letter or, if applicable, auditor's opinion letter, and any management letter responding to same.

1.  Has there been a change of control or management in the last three (3) years?  ☐ Yes ☐ No

2.  Please enter the following information:

Current Year

Annual Revenues
Number of Locations
Number of Employees

### Audit Procedures

3.  Is there an actual Independent CPA audit in accordance with GAAP?  ☐ Yes ☐ No

4.  Is the most recent audit "unqualified"?  ☐ Yes ☐ No

5.  Is there a CPA letter to management or auditor's opinion letter?  ☐ Yes ☐ No

6.  Has management replied to any recommendations made in the letter?  ☐ Yes ☐ No

7.  Does the Applicant have an internal audit department or staff?  ☐ Yes ☐ No

8.  Is there a formal audit program?  ☐ Yes ☐ No

### Internal Controls

9.  Does the Applicant require at least two (2) signatures on checks?  ☐ Yes ☐ No

10. Are checks stamped "For Deposit Only" as they are received?  ☐ Yes ☐ No

11. Is the payroll prepared by persons other than those who distribute it to employees?  ☐ Yes ☐ No

### Computer Controls

12. Is there a mechanism to prevent repeated attempts of unauthorized access to a computer program?  ☐ Yes ☐ No

13. Are pre-authorization controls maintained for all programmers and operators  ☐ Yes ☐ No

14. Does the Applicant have an employee data-security standards manual?  ☐ Yes ☐ No

15. Do audit practices include any tests to detect unauthorized programming changes?  ☐ Yes ☐ No

000196

## TO BE COMPLETED BY ALL APPLICANTS

This Application shall be maintained on file by the **Insurer**, shall be deemed attached as if physically attached to the proposed Policy and shall be considered as incorporated into and constituting a part of the proposed Policy.

The persons signing this Application declare that to the best of their knowledge the statements set forth herein and the information in the materials submitted herewith are true and correct and that reasonable efforts have been made to obtain sufficient information from all **Insureds** to facilitate the proper and accurate completion of this Application for the proposed Policy. Signing of this Application does not bind the undersigned to purchase the insurance, but it is agreed that this Application shall be the basis of the contract should a Policy be issued. The undersigned agrees that if after the date of this Application and prior to the effective date of any Policy based on this Application, any occurrence, event or other circumstance should render any of the information contained in this Application inaccurate or incomplete, then the undersigned shall notify the **Insurer** of such occurrence, event or circumstance and shall provide the **Insurer** with information that would complete, update or correct such information. Any outstanding quotations may be modified or withdrawn at the sole discretion of the **Insurer**.

The information requested in this Application is for underwriting purposes only and does not constitute notice to the **Insurer** under any Policy of a **Claim** or potential **Claim**. All such notices must be submitted to the **Insurer** pursuant to the terms of the Policy, if and when issued.

The undersigned acknowledges that he or she is aware that **Defense Costs** reduce and may exhaust the applicable Limits of Liability. The **Insurer** is not liable for any **Loss** (which includes **Defense Costs**) in excess of the applicable Limits of Liability.

**NOTICE TO ARKANSAS APPLICANTS:** Any person who knowingly presents a false or fraudulent **Claim** for payment for a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or Claimant for the purpose of defrauding or attempting to defraud the policyholder or Claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: it is a crime to provide false or misleading information to an **Insurer** for the purpose of defrauding the **Insurer** or any other person. Penalties include imprisonment and/or fines. In addition, an **Insurer** may deny insurance benefits if false information materially related to a **Claim** was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly, and with intent to injure, defraud, or deceive any **Insurer** files a statement of **Claim** or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**NOTICE TO HAWAII APPLICANTS:** For you protection, Hawaii law requires you to be informed that presenting a fraudulent **Claim** for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**000197**

**NOTICE TO KENTUCKY APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**NOTICE TO LOUISIANA APPLICANTS:** Any person who knowingly presents a false or fraudulent **Claim** for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MAINE APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO MINNESOTA APPLICANTS:** A person who submits an application or files a **Claim** with intent to defraud or helps commit a fraud against an **Insurer** is guilty of a crime.

**NOTICE TO NEW JERSEY APPLICANTS:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**NOTICE TO NEW MEXICO APPLICANTS:** Any person who knowingly presents a false or fraudulent **Claim** for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**NOTICE TO NEW YORK APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of **Claim** containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the **Claim** for each such violation.

**NOTICE TO OHIO APPLICANTS:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an **Insurer**, submits an application or files a **Claim** containing a false or deceptive statement is guilty of insurance fraud.

**NOTICE TO OKLAHOMA APPLICANTS:** WARNING: Any person who knowingly, and with intent to injure, defraud, or deceive any **Insurer**, makes any **Claim** for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO PENNSYLVANIA APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of **Claim** containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NOTICE TO TENNESSEE & VIRGINIA APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**NOTICE TO ALL APPLICANTS:**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON, FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS INFORMATION FOR THE

© ACE USA, 2003