# EXHIBIT 6-8

THIS ENDORSEMEN⌐ CHANGES THE POLICY. PLEASE I    D IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number 4 |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 002 | Policy Period 09/28/2006 to 09/28/2007 | Effective Date of Endorsement 09/28/2006 |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## AAI AMENDATORY ENDORSEMENT – ILLINOIS

It is agreed that Section XIX, Action Against the **Insurer,** is amended by deleting "Except as provided in Section XXII, Alternative Dispute Resolution, no action shall lie against the **Insurer**.", and inserting "No action shall lie against the **Insurer** unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this **Policy**."

It is further agreed that Section XXII, Alternative Dispute Resolution, is amended by deleting "The **Insureds** and the **Insurer** shall submit" from the first paragraph and inserting "The **Insureds** and the **Insurer** may submit"

All other terms and conditions remain unchanged.

_____
AUTHORIZED REPRESENTATIVE

DO-IL 11 (12/03)
PF-15473 (04/04)                    © ACE USA, 2004                    Page 1 of 1

THIS ENDORSEMEN̄ ̄CHANGES THE POLICY. PLEASE ̄ ̄ ̄D IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number 5 |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 002 | Policy Period 09/28/2006 to 09/28/2007 | Effective Date of Endorsement 09/28/2006 |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

## OTHER INSURANCE CLAUSE – ILLINOIS

It is agreed that Section XII, Other Insurance, is deleted in its entirety and replaced with the following

XII.  **OTHER INSURANCE**

If any **Loss** covered under this **Policy** is covered under any other valid insurance, then this **Policy** shall share with such other valid insurance, subject to this **Policy's** terms and conditions, as follows:

1.  If all the other insurance permits contribution by equal shares, the **Insurer** will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the **Loss** remains, which ever comes first; or

2.  If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

All other terms and conditions remain unchanged.

_____

AUTHORIZED REPRESENTATIVE

DO-IL 014 (12/03)
PF-15476 (04/04)                    © ACE USA, 2004                         Page 1 of 1

THIS ENDORSEMEN⸍ ⸍HANGES THE POLICY. PLEASE ⸍ D IT CAREFULLY.

| Named Insured<br>Sigma Chi Fraternity, et al | | | Endorsement Number<br>6 |
|---|---|---|---|
| Policy Symbol<br>DON | Policy Number<br>G21943885 002 | Policy Period<br>09/28/2006  to 09/28/2007 | Effective Date of Endorsement<br>09/28/2006 |
| Issued By (Name of Insurance Company)<br>Westchester Fire Insurance Company | | | |

## AMENDMENT OF TERMINATION PROVISION – ILLINOIS

With respect to provisions for cancellation by the **Insurer**, Section XVI, Termination of the **Policy**, subsection A is deleted in its entirety and replaced with the following:

XVI.    TERMINATION OF THE **POLICY**

    A.    This **Policy** shall terminate at the earliest of the following times:

        1.    the effective date of termination specified in a prior written notice by the **Named Insured** to the **Insurer**;

        2.    30 days after receipt by the **Named Insured** of a written notice of termination, stating the reason for cancellation, from the **Insurer**, if this **Policy** has been in effect for 60 days or less;

        3.    60 days after receipt by the **Named Insured** of a written notice of termination, stating the reason for cancellation, from the **Insurer**, if this **Policy** has been in effect for 61 days or more;

        4.    10 days after receipt by the **Named Insured** of a written notice of termination from the **Insurer** for failure to pay a premium when due, unless the premium is paid within such 10 day period.  If such cancellation is for failure to pay premium when due upon inception, such cancellation shall be effective retroactive to policy inception;

        5.    upon expiration of the **Policy Period** as shown in Item 2 of the Declarations; or

        6.    at such other time as may be agreed upon by the **Insurer** and the **Named Insured**.

All other terms and conditions remain unchanged.

AUTHORIZED REPRESENTATIVE

000236

THIS ENDORSEMEI CHANGES THE POLICY. PLEASE F .D IT CAREFULLY.

| Named Insured<br>**Sigma Chi Fraternity, et al** | | | Endorsement Number<br>**7** |
| --- | --- | --- | --- |
| Policy Symbol<br>**DON** | Policy Number<br>**G21943885 002** | Policy Period<br>**09/28/2006  to 09/28/2007** | Effective Date of Endorsement<br>**09/28/2006** |
| Issued By (Name of Insurance Company)<br>**Westchester Fire Insurance Company** | | | |

### 30 Day Post Policy Reporting Endorsement

It is agreed that Section IX, Notice, is amended by deleting subsection A in its entirety and inserting the following:

A.    The **Insureds** shall, as a condition precedent to their rights under this **Policy**, give to the **Insurer** written notice of any **Claim** made against the **Insureds** as soon as practicable:

(1)    during the **Policy Period** or, if elected, the **Extended Reporting Period**, or

(2)    within 30 days after the end of the **Policy Period** or, if elected, the **Extended Reporting Period**, as long as such **Claim** was first made against an **Insured** within the final 30 days of the **Policy Period** or **Extended Reporting Period**.

All other terms and conditions of this **Policy** remain unchanged.


_____
Authorized Representative

PF-15845 (05/04) PN                    © ACE USA, 2004                    Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number 8 |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 002 | Policy Period 09/28/2006  to 09/28/2007 | Effective Date of Endorsement 09/28/2006 |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

**Amended Premium-Discovery Period**

It is agreed that:

1.    Item 6 of the Declarations is amended by deleting this section its entirety and inserting the following:

         **Policy** Premium:        $14,000
         Annual Premium:        $14,000

         **Extended Reporting Period**:
         A.   Additional Premium:    100    %   of Annual Premium
         B.   Additional Period:      12      months

2.    Section VI, **Extended Reporting Period**, is amended at subsection B, by deleting the first sentence and inserting the following:

         The premium due for the one year **Extended Reporting Period** shall be 100% of the annual premium.  Such premium shall be paid by the **Named Insured** to the **Insurer** within 10 days following the date of notice by the **Insurer** of the premium due.

All other terms and conditions of this **Policy** remain unchanged.


                                                          _____
                                                          Authorized Representative

THIS ENDORSEME' ͞ CHANGES THE POLICY.  PLEASE      ⅃D IT CAREFULLY.

| Named Insured Sigma Chi Fraternity, et al | | | Endorsement Number 9 |
|---|---|---|---|
| Policy Symbol DON | Policy Number G21943885 002 | Policy Period 09/28/2006 to 09/28/2007 | Effective Date of Endorsement 09/28/2006 |
| Issued By (Name of Insurance Company) Westchester Fire Insurance Company | | | |

### Named Insured

It is agreed that Section II of the **Policy**, Definitions, is amended by adding the following to the definition of **Named Insured**:

Sigma Chi Corporation dba Sigma Chi Fraternity
Sigma Chi Foundation
Risk Management Foundation
Constantine Capital, LLC
All Chapters, Colonies, House Corporations, Alumnae Chapters, and Associations sanctions by Sigma Chi Fraternity

All other terms and conditions of this **Policy** remain unchanged.

_____
Authorized Representative

000239

THIS ENDORSEME'  CHANGES THE POLICY.  PLEASE    \D IT CAREFULLY.

| Named Insured<br>Sigma Chi Fraternity, et al | | | Endorsement Number<br>10 |
|---|---|---|---|
| Policy Symbol<br>DON | Policy Number<br>G21943885 002 | Policy Period<br>09/28/2006 to 09/28/2007 | Effective Date of Endorsement<br>09/28/2006 |
| Issued By (Name of Insurance Company)<br>Westchester Fire Insurance Company | | | |

**Cancellation by Insurer**

It is agreed that Termination of **Policy** is amended at subsection A by deleting paragraph 2 in its entirety.

All other terms and conditions of this **Policy** remain unchanged.

_____
Authorized Representative

THIS ENDORSEMEN CHANGES THE POLICY. PLEASE I D IT CAREFULLY.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Sigma Chi Fraternity, et al | | | 11 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| DON | G21943885 002 | 09/28/2006 to 09/28/2007 | 09/28/2006 |
| Issued By (Name of Insurance Company) | | | |
| Westchester Fire Insurance Company | | | |

## Professional Services Exclusion - General Professional Services

It is agreed that Section III, Exclusions, is amended by adding the following:

The **Insurer** shall not be liable for **Loss** on account of any **Claim**:

- alleging, based upon, arising out of, or attributable to the rendering or failure to render professional services.

All other terms and conditions of this **Policy** remain unchanged.

_____
Authorized Representative

000241

THIS ENDORSEME**͞    ** CHANGES THE POLICY. PLEASE **      ͞** D IT CAREFULLY.

| Named Insured **Sigma Chi Fraternity, et al** | | | Endorsement Number **12** |
|---|---|---|---|
| Policy Symbol **DON** | Policy Number **G21943885 002** | Policy Period **09/28/2006  to 09/28/2007** | Effective Date of Endorsement **09/28/2006** |
| Issued By (Name of Insurance Company) **Westchester Fire Insurance Company** | | | |

### Professional Services Exclusion - Insurance Agent or Broker

It is agreed that Section III, Exclusions, is amended by adding the following:

The **Insurer** shall not be liable for **Loss** on account of any **Claim**:

- alleging, based upon, arising out of, or attributable to the rendering or failure to render professional services in connection with the **Insured's** business as insurance agents or brokers. Such professional services shall include, without limitation, the negotiation of insurance contracts; collection or remittance of premiums; rendering of advice concerning limits of liability, deductible, terms, conditions, application of exclusions, scope of coverage, types of coverages or forms to be carried; the rendering of loss control services; or any advice by the **Insureds** in connection with any of the foregoing.

All other terms and conditions of this **Policy** remain unchanged.

_____
Authorized Representative

THIS ENDORSEMEN` `HANGES THE POLICY. PLEASE F    D IT CAREFULLY.

| Named Insured<br>**Sigma Chi Fraternity, et al** | | | Endorsement Number<br>**13** |
|---|---|---|---|
| Policy Symbol<br>**DON** | Policy Number<br>**G21943885 002** | Policy Period<br>**09/28/2006 to 09/28/2007** | Effective Date of Endorsement<br>**09/28/2006** |
| Issued By (Name of Insurance Company)<br>**Westchester Fire Insurance Company** | | | |

### Punitive and Exemplary Damages-All Insuring Agreements

It is agreed that Section II, Definitions, the definition of **Loss**, is amended as follows:

1.  Paragraph 3 is deleted in its entirety and the following is inserted:

    3.  the multiple portion of any multiplied damage award.

2.  The following is added at the end of the definition of **Loss**:

    **Loss** shall include punitive and exemplary damages to the extent such damages are insurable under the internal laws of any jurisdiction which most favors coverage for such punitive or exemplary damages and which has a substantial relationship to the **Insureds**, **Insurer**, this **Policy** or such **Claim**.

All other terms and conditions of this **Policy** remain unchanged.

_____
Authorized Representative

000243

# SIGNATURE ENDORSEMENT

| Named Insured<br>**Sigma Chi Fraternity, et al** | | | Endorsement Number<br>**14** |
|---|---|---|---|
| Policy Symbol<br>**DON** | Policy Number<br>**G21943885 002** | Policy Period<br>**09/28/2006  to 09/28/2007** | Effective Date of Endorsement<br>**09/28/2006** |
| Issued By (Name of Insurance Company)<br>**Westchester Fire Insurance Company** | | | |

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**BANKERS STANDARD FIRE AND MARINE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**BANKERS STANDARD INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**ACE INDEMNITY INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**ACE AMERICAN INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**ACE PROPERTY AND CASUALTY INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**INSURANCE COMPANY OF NORTH AMERICA**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**PACIFIC EMPLOYERS INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

**ACE FIRE UNDERWRITERS INSURANCE COMPANY**
436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

GEORGE D. MULLIGAN, Secretary            JOHN J. LUPICA, President

**WESTCHESTER FIRE INSURANCE COMPANY**
1325 Avenue of the Americas, 19th Floor, New York, NY 10019

GEORGE D. MULLIGAN, Secretary            DENNIS A. CROSBY, JR., President

_____
Authorized Agent

CC-1K11e  (02/06) Ptd. in U.S.A.



**ace usa**

# Questions About Your Insurance?

Answers to questions about your insurance, coverage information, or assistance in resolving complaints can be obtained by calling ACE USA, Customer Support Service Department, at 1-800-352-4462.

ALL-5X45 (11/96) Ptd. in U.S.A.


**ace usa**

# U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice to Policyholders

This Policyholder Notice shall not be construed as part of your policy and no coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



# ace usa

## ACE Advantage℠

**RENEWAL APPLICATION FOR NOT-FOR-PROFIT COMPANY LIABILITY INSURANCE**

### Instructions for Completing This Application

Please read carefully and check below all Coverages you seek. Fully answer all questions and submit all requested information for each Coverage you seek. All applicants must complete the General Information and the final section of this Application. Terms appearing in bold face in this Application are defined in the Policy and have the same meaning in this Application as in the Policy. This Application, including all materials submitted herewith, shall be held in confidence.

**NOTE: The Insurance for which you are applying is written on a Claims made and reported basis; only Claims first made against the Insured and reported to the Company during the Policy Period are covered subject to the Policy provisions.**

### <u>GENERAL INFORMATION</u>

1.  a.  The Company to be Named in Item 1 of the Declarations (the "Company"):
Sigma Chi Fraternity, Sigma Chi Foundation, Risk Management Foundation, Constantine Capital, Inc.

Street Address:
1714 Hinman Avenue

City:  Evanston          State:  IL      Zip Code:  60201

   b.  Officer designated to receive correspondence and notices from the **Insurer**:

Ann M. Hodyl                    Benefits Administrator
(Name of Officer)                 (Title)

2.  State of Incorporation:  Illinois          Date Incorporated:  3/24/1898

3.  Primary SIC Code: _____    Dunn & Bradstreet No: _____

4.  Tax Status:  ☒ Section 501(c)      ☐ Taxable Non-Profit
                 ☐ Other (if other please describe) _____

5.  Provide the following information for the current fiscal year:

Total Assets:    $36,316,000        Revenues:    $17,664,000

Fund Balance:    $33,411,000        Net Income:    $6,658,000

6.   Please provide the following information regarding current insurance coverage;

| Insurance | Carrier | Limits (in MMs) | Premium | Expiration Date |
|---|---|---|---|---|
| Crime/Fidelity | St. Paul Travelers | | 2,340 | 07/30/09 |
| EPL | | | | |
| Fiduciary Liability | | | | |

7.   Check Coverage(s) Desired: ☒ D&O Liability        ☐ Crime/Fidelity    ☐ EPL
                                   ☐ Fiduciary Liability  ☐ Other:_____

## <u>NOT-FOR-PROFIT COMPANY LIABILITY APPLICATION</u>

***Please attach copies of the following with respect to the Company and Subsidiaries:***
- Current indemnification provisions, and by-laws
- Audited financial statements for the last two (2) years
- A schedule of all **Subsidiaries** to be **Insured** under this policy including each **Subsidiary's** tax status, affiliation and the percentage of ownership by the applicant for insurance
- List of officers and directors of the **Company**.

***Please answer the following questions:***

1. Does the **Company** or any person(s) proposed for this insurance perform any of the following:

   a. Provide a referral service, legal aid service, or computer service to its members or the public?  ☐ Yes  ☒ No

   b. Promote or sponsor any type of group travel, conventions, parades or other similar events, or assume any liability in connection therewith?  ☒ Yes  ☐ No

   c. Promote, sponsor or provide any form of insurance to its members or non-members?  ☐ Yes  ☒ No

   d. Engage in any form of research, development, experimentation or testing?  ☐ Yes  ☒ No

   e. Act as or participate in a peer review group or committee for assessing the qualifications and performance of others or the quality of products manufactured, sold, handled or distributed by others?  ☒ Yes  ☐ No

   f. Take any disciplinary action or recommend disciplinary action as a result of peer review group activities?  ☒ Yes  ☐ No

   g. Develop standards used to evaluate the quality of goods or products manufactured or services rendered?  ☐ Yes  ☒ No

   h. Engage in such activities as lobbying or labor negotiations?  ☐ Yes  ☒ No

   i. Promote any specific product to its members which will produce a profit for the **Company** or any person proposed for this insurance?  ☐ Yes  ☒ No

   j. Publish any magazines, periodicals, newsletters or technical manuals?  ☒ Yes  ☐ No

2. Has there been or is there now pending any dispute as to the **Company's** tax-exempt status?  ☐ Yes  ☒ No

3. Has the **Company** ever loaned monies to any director, officer, trustee or employee or entered into any contract with companies owned by any director, officer, trustee or employee?  ☐ Yes  ☒ No

4. Has the **Company** or any **Subsidiary**:

   a. contemplated or been involved in any bankruptcy proceedings?  ☐ Yes  ☒ No

   b. plan to declare bankruptcy within the next 12 months?  ☐ Yes  ☒ No

5. During the last three years, have any of the **Insureds** been involved in:

   a. any anti-trust, copyright or patent litigation?  ☒ Yes  ☐ No

   b. any other criminal proceeding?  ☐ Yes  ☒ No

   c. any representative actions, class actions or derivative suits?  ☐ Yes  ☐ No

   d. any other material litigation?  ☐ Yes  ☐ No

## EMPLOYMENT PRACTICES LIABILITY APPLICATION

*Please attach copies of the following:*
- Current employee handbook
- Current employee application form(s)
- Copy of the **Company's** employment termination procedures
- Most recent EEOC-1 Report for consolidated **Company** (if there are more than 500 employees)

1. During the last 3 years have any of the **Insureds** been involved in any administrative proceedings before:

    a.    the Equal Employment Opportunity Commission?     ☐ Yes    ☐ No

    b.    the U.S. Department of Labor including the Office of Federal Contract Compliance Programs ("OFCCP")?     ☐ Yes    ☐ No

    c.    any state or local government agency whose purpose is to address employment-related **Claims**     ☐ Yes    ☐ No

2. Please provide the following information:

| Total # of Employees: | Current Yr | 1st Prior Yr | 2nd Prior Yr |
|---|---|---|---|
| Total # employed by the **Insured**: | | | |
| Percentage employed full time: | % | % | % |
| Percentage employed domestically: | % | % | % |
| Total number of volunteers: | | | |
| Employed in CA or TX: | | | |
| Employed in WASHINGTON DC: | | | |
| Percentage of Employee Turnover | % | % | % |

3. Does the **Company** use an outside employment legal counsel for employment advice and/or defense?     ☐ Yes    ☐ No

4. During the next 12 months, does the **Company** plan to have any layoffs, staff reductions, facility closings or consolidations which will terminate more than 10% of the work force on a **Company** wide basis?     ☐ Yes    ☐ No

5. Has the **Company** or any prospective **Insureds** been involved in employment or labor related litigation, during the last 3 years? If "Yes," attach full details.     ☐ Yes    ☐ No

6. Does the **Company** have written guidelines or procedures for addressing human resources or personnel management?     ☐ Yes    ☐ No

7. Does the **Company** distribute to employees a copy of these guidelines or procedures?     ☐ Yes    ☐ No

8.  Does the **Company** have a full-time human resources manager?         ☐ Yes   ☐ No

9.  Does the **Company** provide:                                          ☐ Yes   ☐ No

  a.  Updated information to managers and supervisors on training in human
      resources issues, including performance appraisals, discipline, and
      workplace harassment, at least annually?

  b.  Updated information to employees on human resources issues, including   ☐ Yes   ☐ No
      performance appraisals, discipline, and workplace harassment, at least
      annually?

  c.  An employee hotline or 1-800 number for reporting **Claims**, circumstances   ☐ Yes   ☐ No
      and issues? If "Yes," attach details concerning who initially receives this
      information and the process of disseminating this information to upper
      management.

10. Does the **Company** have an agreement or policy requiring employees to arbitrate   ☐ Yes   ☐ No
    all  employee-related **Claims**?

11. When an employee is discharged:

  a.   Is officer approval required, and are human resources personnel
       directly involved?
  b.   Is an attorney consulted prior to discharging an employee?         ☐ Yes   ☐ No
  c.   Does the **Company** provide references for former employees which  ☐ Yes   ☐ No
       include any information other than the dates of employment, title(s)
       and compensation?                                                  ☐ Yes   ☐ No

## FIDUCIARY LIABILITY APPLICATION

***Please attach a list of all Plans funded by the applicant. In addition, provide copies of the following information for the five largest funded Plans:***

- Copies of the latest CPA-audited financial statements, with investment portfolios (If **Plan** assets are held in a master trust, submit master trust investment portfolio)
- Copies of the most recent 5500s for all **Plans** to be insured
- Written **Plan** description(s) and latest financial statement(s), if applicable, for any non-qualified **Plan(s)**

1.    Total assets of the Sponsor Organization                              $

2.    Total assets of all **Plans**                                                    $

3.    Types of **Plans** to be **Insured** (check all that apply):

☐ Defined Benefit **Plan**            ☐ Defined Contribution **Plan**

☐ Welfare Benefit **Plan**            ☐ Other

4.    Do any of the aforementioned **Plans** include investments in securities of the sponsor organization and/or any of its **subsidiaries** (including, but not limited to ESOP **Plans**, 401k **Plans** with an ESOP feature or a Defined Benefit **Plan** with and ESOP feature)? If "Yes," attach full details.        ☐ Yes ☐ No

5.    Is the **Plan(s)** a multiple employer or multi employee **Plan**?        ☐ Yes ☐ No

6.    Does the **Plan(s)** employ the investment, trustee, actuarial, legal administrative, or benefits consulting services of any outside providers? If "Yes," attach full details.        ☐ Yes ☐ No

7.    Has any **Plan** requested or contemplated filing a request for termination? If "Yes," attach full details.        ☐ Yes ☐ No

8.    In the past two years, has there been any amendment(s) to any **Plan(s)**, or has any amendment been contemplated, that has resulted in or may result in any change or reduction of benefits, including but not limited to an increase in participants' share of costs? If "Yes," attach full details.        ☐ Yes ☐ No

9.    Are all defined benefit **Plans** adequately funded in accordance with ERISA or any applicable similar common or statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world, as attested to by an actuary?        ☐ Yes ☐ No

10.    Is there any known violation(s) of ERISA or any similar common or        ☐ Yes ☐ No

statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world to which a **Plan** is subject?  If "Yes," attach full details.

11.    Has there been or is there now pending any inquiry, investigation or communication which could give rise to a **Claim** under this policy?  If "Yes," attach full details.    ☐ Yes  ☐ No

## COMMERICAL CRIME APPLICATION

**Please attach copies of the following:**

• Copy of CPA management letter or, if applicable, auditor's opinion letter, and any management letter responding to same.

1.  Has there been a change of control or management in the last three (3) years?    ☐ Yes ☐ No

2.  Please enter the following information:

Current Year

Annual Revenues

Number of Locations

Number of Employees

**Audit Procedures**

3.  Is there an actual Independent CPA audit in accordance with GAAP?    ☐ Yes ☐ No

4.  Is the most recent audit "unqualified"?    ☐ Yes ☐ No

5.  Is there a CPA letter to management or auditor's opinion letter?    ☐ Yes ☐ No

6.  Has management replied to any recommendations made in the letter?    ☐ Yes ☐ No

7.  Does the Applicant have an internal audit department or staff?    ☐ Yes ☐ No

8.  Is there a formal audit program?    ☐ Yes ☐ No

**Internal Controls**

9.  Does the Applicant require at least two (2) signatures on checks?    ☐ Yes ☐ No

10. Are checks stamped "For Deposit Only" as they are received?    ☐ Yes ☐ No

11. Is the payroll prepared by persons other than those who distribute it to employees?    ☐ Yes ☐ No

**Computer Controls**

12. Is there a mechanism to prevent repeated attempts of unauthorized access to a computer program?    ☐ Yes ☐ No

13. Are pre-authorization controls maintained for all programmers and operators    ☐ Yes ☐ No

14. Does the Applicant have an employee data-security standards manual?    ☐ Yes ☐ No

15. Do audit practices include any tests to detect unauthorized programming changes?    ☐ Yes ☐ No

## TO BE COMPLETED BY ALL APPLICANTS

This Application shall be maintained on file by the **Insurer**, shall be deemed attached as if physically attached to the proposed Policy and shall be considered as incorporated into and constituting a part of the proposed Policy.

The persons signing this Application declare that to the best of their knowledge the statements set forth herein and the information in the materials submitted herewith are true and correct and that reasonable efforts have been made to obtain sufficient information from all **Insureds** to facilitate the proper and accurate completion of this Application for the proposed Policy. Signing of this Application does not bind the undersigned to purchase the insurance, but it is agreed that this Application shall be the basis of the contract should a Policy be issued. The undersigned agrees that if after the date of this Application and prior to the effective date of any Policy based on this Application, any occurrence, event or other circumstance should render any of the information contained in this Application inaccurate or incomplete, then the undersigned shall notify the **Insurer** of such occurrence, event or circumstance and shall provide the **Insurer** with information that would complete, update or correct such information. Any outstanding quotations may be modified or withdrawn at the sole discretion of the **Insurer**.

The information requested in this Application is for underwriting purposes only and does not constitute notice to the **Insurer** under any Policy of a **Claim** or potential **Claim**. All such notices must be submitted to the **Insurer** pursuant to the terms of the Policy, if and when issued.

The undersigned acknowledges that he or she is aware that **Defense Costs** reduce and may exhaust the applicable Limits of Liability. The **Insurer** is not liable for any **Loss** (which includes **Defense Costs**) in excess of the applicable Limits of Liability.

**NOTICE TO ARKANSAS APPLICANTS:** Any person who knowingly presents a false or fraudulent **Claim** for payment for a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or Claimant for the purpose of defrauding or attempting to defraud the policyholder or Claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: it is a crime to provide false or misleading information to an **Insurer** for the purpose of defrauding the **Insurer** or any other person. Penalties include imprisonment and/or fines. In addition, an **Insurer** may deny insurance benefits if false information materially related to a **Claim** was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly, and with intent to injure, defraud, or deceive any **Insurer** files a statement of **Claim** or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**NOTICE TO HAWAII APPLICANTS:** For you protection, Hawaii law requires you to be informed that presenting a fraudulent **Claim** for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**NOTICE TO KENTUCKY APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**NOTICE TO LOUISIANA APPLICANTS:** Any person who knowingly presents a false or fraudulent Claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MAINE APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO MINNESOTA APPLICANTS:** A person who submits an application or files a Claim with intent to defraud or helps commit a fraud against an Insurer is guilty of a crime.

**NOTICE TO NEW JERSEY APPLICANTS:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**NOTICE TO NEW MEXICO APPLICANTS:** Any person who knowingly presents a false or fraudulent Claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**NOTICE TO NEW YORK APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of Claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the Claim for each such violation.

**NOTICE TO OHIO APPLICANTS:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an Insurer, submits an application or files a Claim containing a false or deceptive statement is guilty of insurance fraud.

**NOTICE TO OKLAHOMA APPLICANTS:** WARNING: Any person who knowingly, and with intent to injure, defraud, or deceive any Insurer, makes any Claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO PENNSYLVANIA APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of Claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NOTICE TO TENNESSEE & VIRGINIA APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

NOTICE TO ALL APPLICANTS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON, FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS INFORMATION FOR THE

PURPOSE OF MISLEADING, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

BY SIGNING THIS APPLICATION, THE APPLICANT WARRANTS TO THE COMPANY THAT ALL STATEMENTS MADE IN THIS APPLICATION ABOUT THE APPLICANT AND ITS OPERATIONS ARE TRUE AND COMPLETE, AND THAT NO MATERIAL FACTS HAVE BEEN MISSTATED IN THIS APPLICATION OR CONCEALED. COMPLETION OF THIS FORM DOES NOT BIND COVERAGE. THE APPLICANT'S ACCEPTANCE OF THE COMPANY'S QUOTATION IS REQUIRED BEFORE THE APPLICANT MAY BE BOUND AND A POLICY ISSUED.

This Application must be signed by the Chairman of the Board or by the President:

Signed:
Title:           President
Corporation:     Sigma Chi Corporation
Date:            08/23/06

A POLICY CANNOT BE ISSUED UNLESS THE APPLICATION IS PROPERLY SIGNED AND DATED.

Please submit this Application, when completed, signed and dated to:

ACE USA Professional Risk
D&O Division
140 Broadway
40th Floor
New York, NY  10005

FOR MISSOURI RESIDENTS ONLY:

PLEASE ACKNOWLEDGE AND SIGN THE FOLLOWING DISCLOSURE TO YOUR APPLICATION FOR INSURANCE:

I UNDERSTAND AND ACKNOWLEDGE THAT THE ATTACHED POLICY CONTAINS A DEFENSE WITHIN LIMITS PROVISION WHICH MEANS THAT DEFENSE COSTS WILL REDUCE MY LIMITS OF INSURANCE AND MAY EXHAUST THEM COMPLETELY.  SHOULD THAT OCCUR, I SHALL BE LIABLE FOR ANY FURTHER LEGAL DEFENSE COSTS AND DAMAGES.

Signed:
Title:           President
Corporation:     Mark V. Anderson
Date:            08/23/06

000257

PURPOSE OF MISLEADING, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

BY SIGNING THIS APPLICATION, THE APPLICANT WARRANTS TO THE COMPANY THAT ALL STATEMENTS MADE IN THIS APPLICATION ABOUT THE APPLICANT AND ITS OPERATIONS ARE TRUE AND COMPLETE, AND THAT NO MATERIAL FACTS HAVE BEEN MISSTATED IN THIS APPLICATION OR CONCEALED. COMPLETION OF THIS FORM DOES NOT BIND COVERAGE. THE APPLICANT'S ACCEPTANCE OF THE COMPANY'S QUOTATION IS REQUIRED BEFORE THE APPLICANT MAY BE BOUND AND A POLICY ISSUED.

This Application must be signed by the Chairman of the Board or by the President:

Signed:
Title:           President
Corporation:     Sigma Chi Corporation
Date:            08/23/06

A POLICY CANNOT BE ISSUED UNLESS THE APPLICATION IS PROPERLY SIGNED AND DATED.

Please submit this Application, when completed, signed and dated to:

ACE USA Professional Risk
D&O Division
140 Broadway
40th Floor
New York, NY 10005

FOR MISSOURI RESIDENTS ONLY:

PLEASE ACKNOWLEDGE AND SIGN THE FOLLOWING DISCLOSURE TO YOUR APPLICATION FOR INSURANCE:

I UNDERSTAND AND ACKNOWLEDGE THAT THE ATTACHED POLICY CONTAINS A DEFENSE WITHIN LIMITS PROVISION WHICH MEANS THAT DEFENSE COSTS WILL REDUCE MY LIMITS OF INSURANCE AND MAY EXHAUST THEM COMPLETELY. SHOULD THAT OCCUR, I SHALL BE LIABLE FOR ANY FURTHER LEGAL DEFENSE COSTS AND DAMAGES.

Signed:
Title:           President
Corporation:     Mark V. Anderson
Date:            08/23/06

PF-14802 (11/03)                  © ACE USA, 2003                        Page 11 of 12

**ace westchester
specialty group**

United States

as.merkling@ace-ina.com
,ace-ina.com

Tom Merkling

October 17, 2006

Jimmie Tarver
Bisys Commerical Insurance
Services, Inc
550 W Van Buren Street
Suite 1500
Chicago, IL 60607

RE:    **Insured:**      **Sigma Chi Fraternity, et al**
        Coverage:     Not-For-Profit Company Management Liability;
        Policy No:     DON G21943885 002
        **Company Paper:**  **Westchester Fire Insurance Company**
        Policy Form:    PF-14384 / PF-14385 (09/03)
        Policy Period:   09/28/2006 to 09/28/2007

Dear Jimmie,

We are pleased to enclose the original and two (2) copies of the captioned policy.

As producer of record, you are responsible for collecting and filing all necessary surplus lines taxes, fees and documentation in accordance with state surplus lines laws and/or regulations, if applicable.

Also, as a reminder, all claim notices under this policy should be provided in writing to the following address:

ACE Westchester Specialty Group
Attention:  Professional Risk Claims Unit
500 Colonial Center Parkway, Suite 200
Roswell, GA  30076

We have reviewed the policy and trust you will find it to be in order.  Should you have any questions or concerns, please advise us promptly.

Thank you for working with us on the placement of this risk.  We appreciate your support and look forward to working with you in the future.

Regards,

Tom Merkling
Vice President
ACE Westchester – Professional Risk

*One of the ACE Group of Insurance & Reinsurance Companies*