**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION, | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| v. | ) ) Case No. 1:08-cv-00767 |
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) Judge Ruben Castillo ) ) Magistrate Judge Arlander Keyes |
| Defendant and Counter-Plaintiff. | ) ) |

**CERTIFICATE OF SERVICE**

     I certify that on this 2nd day of June, 2008, service of a true and complete copy of Westchester Fire Insurance Company's Motion for Judgment on the Pleadings was made electronically upon:

> Blake T. Hannafan, Esq.
> Hannafan & Hannafan, Ltd.
> One East Wacker Drive
> Suite 2800
> Chicago, IL 60601
> (312) 527-0055
> Email: bth@hannafanlaw.com

                                          Respectfully submitted,

                                          _/s/ Ryan T. Brown_
                                          Ryan T. Brown

Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel: (312) 565-1400
Fax: (312) 565-6511