UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendant and Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00767<br>)<br>) Judge Ruben Castillo<br>)<br>) Magistrate Judge Arlander Keyes<br>)<br>) |

**NOTICE OF MOTION**

TO:   Blake T. Hannafan, Esq.
      Hannafan & Hannafan, Ltd.
      One East Wacker Drive
      Suite 2800
      Chicago, IL 60601
      (312) 527-0055
      Email:  bth@hannafanlaw.com

   PLEASE TAKE NOTICE that on 1st day of July, 2008, at 9:45 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Ruben Castillo, in Room 2146, or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and, present Westchester Fire's Motion for Judgment on the Pleadings, a copy of which is attached hereto.

                                        Respectfully submitted,


                              By:   s/ Ryan T. Brown
                                    Attorney for Westchester Fire
                                    Insurance Company

Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel:  (312) 565-1400
Fax:  (312) 565-6511

1