# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sigma Chi Corporation, et al.

                                                            Plaintiff,

v.                                                                         Case No.: 1:08–cv–00767
                                                                        Honorable Ruben Castillo

Westchester Fire Insurance Company

                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/1/2008. Plaintiffs' response to Defendant's motion for judgment on the pleadings [24] is due on or before 8/1/2008. Defendant's reply will be due on or before 8/22/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.