**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIGMA CHI CORPORATION and ) <br> SIGMA CHI FOUNDATION ) <br> ) <br>     Plaintiffs and Counter-Defendants, ) <br> ) <br> vs. ) <br> ) <br> WESTCHESTER FIRE INSURANCE ) <br> COMPANY, ) <br> ) <br>     Defendant and Counter-Plaintiff ) <br> ) | CASE NO.  08 C 767 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Arlander Keys <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED
COMPLAINT AND AMENDED ANSWER AND AFFIRMATIVE
<u>DEFENSES TO COUNTERCLAIMS</u>**

    Plaintiffs and Counter-Defendants Sigma Chi Corporation and Sigma Chi Foundation ("Sigma Chi") move, pursuant to Federal Rule 15(a), for leave to file the attached First Amended Complaint and First Amended Answer and Affirmative Defenses to Counterclaims.  In support of their unopposed motion, Sigma Chi states as follows:

    1.    Counsel for Defendant and Counter-Plaintiff Westchester Fire Insurance Company ("Westchester"), Ryan Brown, has authorized Sigma Chi's counsel to state that this motion is unopposed.  In addition, Mr. Brown has agreed that Westchester will answer the First Amended Complaint by July 25, 2008.

    2.    Pursuant to Federal Rule 15(a), leave to amend the pleadings "shall be freely given when justice so requires." *See*, *Bethany Pharmacal Co., Inc. v. QVC, Inc.*, 241 F.3d 854, 860 (7th Cir. 2001) ("leave to amend a complaint should be freely granted when justice so requires").  This is Plaintiffs' first request for leave to file an Amended Complaint and Amended

Answer and Affirmative Defenses, it is unopposed by Westchester, and it is not being brought for any improper purpose. In addition, the parties have recently begun exchanging documents and answering written discovery and no depositions have occurred.

3. Westchester has agreed to answer Plaintiffs' proposed First Amended Complaint by July 25, 2008, and, therefore, will not delay the Court's briefing schedule set for Westchester's Motion for Judgment on the Pleadings. Therefore, Westchester will not suffer any prejudice as a result of the proposed amended pleadings.

4. Plaintiffs' attached First Amended Complaint adds one paragraph, number 14, which relates to the fact that certain language contained in the Policy was also included in numerous other policies issued by Westchester. Similarly, Plaintiffs' attached First Amended Answer and Affirmative Defenses adds one affirmative defense, number 12, addressing this same issue.

**WHEREFORE,** Sigma Chi prays that the Court enter an order granting their Unopposed Motion for Leave to file an Amended Complaint and Amended Answer and Affirmative Defenses to Counterclaims and order Westchester to answer the Amended Complaint by July 25 2008.


Dated: July 16, 2008                                  Respectfully submitted,

                                         By:    /s/ Blake T. Hannafan
                                              One of the Attorneys for Plaintiff

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 16, 2008 he caused a true and correct copy of the foregoing document to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

        Ryan T. Brown
        Kimberly Elizabeth Rients
        Michael P. Tone
        Tyler Steven Mertes
        GORDON & REES LLP
        One North Franklin
        Suite 1800
        Chicago, Illinois 60606


        s/ Blake T. Hannafan


Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055