**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIGMA CHI CORPORATION and | ) | |
| SIGMA CHI FOUNDATION | ) | |
| | ) | CASE NO.  08 C 767 |
| Plaintiffs and Counter-Defendants, | ) | |
| | ) | Judge Ruben Castillo |
| | ) | |
| vs. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| WESTCHESTER FIRE INSURANCE | ) | **JURY TRIAL DEMANDED** |
| COMPANY, | ) | |
| | ) | |
| Defendant and Counter-Plaintiff | ) | |
| | ) | |

**NOTICE OF UNOPPOSED MOTION**

To:    Ryan T. Brown
         GORDON & REES LLP
         One North Franklin
         Suite 1800
         Chicago, Illinois 60606

        On July 22, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2141 at the United States District Court, Chicago, Illinois and shall then present **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS**, a copy of which is attached.

Dated:   July 16, 2008

                                                                      /s Blake T. Hannafan
                                                                      One of the Attorneys for Sigma Chi
                                                                      Foundation and Sigma Chi Corporation.

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055