# CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on July 21, 2008 he caused a true and correct copy of **Sigma Chi Corporation's and Sigma Chi Foundation's First Amended Complaint for Declaratory Judgment** to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

                                           Ryan T. Brown
                                           Kimberly Elizabeth Rients
                                           Michael P. Tone
                                           Tyler Steven Mertes
                                           GORDON & REES LLP
                                           One North Franklin
                                           Suite 1800
                                           Chicago, Illinois 60606


                                           s/ Eric J. Malnar


Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055