**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION | ) ) ) | |
| | ) | CASE NO. 08 C 767 |
| Plaintiffs and Counter-Defendants, | ) ) | |
| | ) | Judge Ruben Castillo |
| vs. | ) ) ) | Magistrate Judge Arlander Keys |
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant and Counter-Plaintiff | ) ) ) | |

**NOTICE OF FILING**

To:   Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606

     **PLEASE TAKE NOTICE** that on July 21, 2008, we filed with the Clerk of the United States District Court for the District of Illinois, Eastern Division, the attached **Sigma Chi Corporation's and Sigma Chi Foundation's First Amended Answer and Affirmative Defenses to Westchester Fire Insurance Companies Counterclaims,** a copy of which is attached hereto and is served upon you.

Dated:  July 21, 2008

                                                    /s Eric J. Malnar
                                                  One of the Attorneys for Sigma Chi
                                                  Foundation and Sigma Chi Corporation.

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-0055
ejm@hannafanlaw.com