## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 21, 2008 he caused a true and correct copy of **Sigma Chi Corporation's and Sigma Chi Foundation's First Amended Answer and Affirmative Defenses to Westchester Fire Insurance Company's Counterclaims** to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

>Ryan T. Brown
>Kimberly Elizabeth Rients
>Michael P. Tone
>Tyler Steven Mertes
>GORDON & REES LLP
>One North Franklin
>Suite 1800
>Chicago, Illinois 60606

>s/ Eric J. Malnar

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055