# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant and Counter-Plaintiff. | ) ) ) ) ) ) Case No. 1:08-cv-00767 ) ) ) Judge Ruben Castillo ) ) Magistrate Judge Arlander Keyes ) ) |

## NOTICE OF FILING

TO:  Blake T. Hannafan, Esq.
 Hannafan & Hannafan, Ltd.
 One East Wacker Drive
 Suite 2800
 Chicago, IL 60601
 (312) 527-0055
 Email:  bth@hannafanlaw.com

PLEASE TAKE NOTICE that on the 21st day of July, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Answer and Affirmative Defenses of Defendant/Counter-Plaintiff Westchester Fire Insurance Company to Sigma Chi's First Amended Complaint, a copy of which is attached hereto.

Dated:  July 21, 2008

By:  s/ Ryan T. Brown
One of the Attorneys for
Westchester Fire Insurance Company

Ryan T. Brown
GORDON & REES LLP
Attorney for Defendant
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
Tel:  (312) 565-1400
Fax:  (312) 565-6511

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, a copy of the Notice of Filing Answer and Affirmative Defenses of Defendant/Counter-Plaintiff Westchester Fire Insurance Company was electronically filed. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

> Blake T. Hannafan, Esq.
> Michael T. Hannafan, Esq.
> Eric J. Malnar, Esq.
> Hannafan & Hannafan, Ltd.
> One East Wacker Drive
> Suite 2800
> Chicago, IL 60601
> (312) 527-0055
> Email: bth@hannafanlaw.com

By: s/ Ryan T. Brown