IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIGMA CHI CORPORATION and<br>SIGMA CHI FOUNDATION | )<br>)<br>) | CASE NO.  08 C 767 |
| Plaintiffs and Counter-Defendants, | )<br>) | |
| | ) | Judge Ruben Castillo |
| vs. | )<br>) | Magistrate Judge Arlander Keys |
| | ) | |
| WESTCHESTER FIRE INSURANCE<br>COMPANY, | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| Defendant and Counter-Plaintiff | )<br>)<br>) | |

**NOTICE OF FILING**

To:   Ryan T. Brown
      GORDON & REES LLP
      One North Franklin
      Suite 1800
      Chicago, Illinois 60606


**PLEASE TAKE NOTICE** that on August 1, 2008, we filed with the Clerk of the United States District Court for the District of Illinois, Eastern Division, the attached **Sigma Chi Corporation's and Sigma Chi Foundation's Memorandum in Opposition to Westchester Fire's Motion for Judgment on the Pleading,** a copy of which is attached hereto and is served upon you.

Dated:  August 1, 2008

                                        /s Eric J. Malnar
                                        One of the Attorneys for Sigma Chi
                                        Foundation and Sigma Chi Corporation.

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055