**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 1, 2008 he caused a true and correct copy of **Sigma Chi Corporation's and Sigma Chi Foundation's Memorandum in Opposition to Westchester Fire's Motion for Judgment on the Pleadings** to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

                                          Ryan T. Brown
                                          Kimberly Elizabeth Rients
                                          Michael P. Tone
                                          Tyler Steven Mertes
                                          GORDON & REES LLP
                                          One North Franklin
                                          Suite 1800
                                          Chicago, Illinois 60606


                                          <u>s/ Eric J. Malnar</u>


Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055