**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SIGMA CHI CORPORATION and<br>SIGMA CHI FOUNDATION,<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>WESTCHESTER FIRE INSURANCE<br>COMPANY,<br><br>    Defendant and Counter-Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.  08 C 767<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Arlander Keys<br><br>**JURY TRIAL DEMANDED** |

**SIGMA CHI CORPORATION'S, SIGMA CHI FOUNDATION'S AND WESTCHESTER
FIRE INSURANCE COMPANY'S AGREED MOTION TO EXTEND FACT
DISCOVERY DEADLINE TO OCTOBER 17, 2008**

Plaintiffs and Counter-Defendants Sigma Chi Corporation and Sigma Chi Foundation ("Sigma Chi") with Defendant and Counter-Plaintiff Westchester Fire Insurance Company ("Westchester") move to Extend the Fact Discovery Deadline to October 17, 2008.  In support of their agreed motion, the parties state as follows:

1.    Pursuant to the current discovery schedule, all fact discovery is to be completed by August 29, 2008.  Sigma Chi and Westchester are working diligently, and in cooperation with each other, in order to achieve a timely completion of fact discovery.  However, due to circumstances that bear no fault to either party, it is unlikely the parties will be able to complete all fact discovery by the current deadline.

2.    On July 21, 2008, Sigma Chi sent a Notice of Deposition to Robin L. Dilts, an employee of Westchester Fire.  Mrs. Dilts is located in Georgia. However, Mrs. Dilts is currently on maternity leave and will not be available for her deposition until early October 2008.

3.      In addition, there have been some issues regarding discovery responses by both Sigma Chi and Westchester. However, the parties have participated in several conferences and have worked out most of the issues without the need for the Court's involvement. As a result of this fact, the parties are reviewing materials for potential supplemental productions to satisfy the current issues. Both Sigma Chi and Westchester require additional time to prepare documents and take the depositions already noticed up in this matter. All parties agree that an extension of the fact discovery deadline to October 17, 2008 will resolve the pending issues.

**WHEREFORE,** Sigma Chi Corporation and Sigma Chi Foundation, with Westchester Fire Insurance Company, pray that the Court enter an order granting their Agreed Motion to Extend the Fact Discovery Deadline to October 17, 2008.

Dated: August 6, 2008

                                            Respectfully submitted,


                                        By:     s/ Ryan T. Brown
                                              One of the Attorneys for Westchester Fire

Ryan T. Brown
Michael P. Tone
Kimberly E. Rients-Blair
Tyler Steven Mertes
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel: (312) 565-1400
Fax: (312) 565-6511

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 6, 2008 he caused a true and correct copy of the foregoing document to be served electronically in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following ECF Filing Users:

          Michael T. Hannafan
          Blake T. Hannafan
          Eric J. Malnar
          Hannafan & Hannafan, Ltd.
          One East Wacker Drive
          Suite 2800
          Chicago, Illinois  60601

          Respectfully submitted,

          By:  s/ Ryan T. Brown
               Attorney for Westchester Fire
               Insurance Company

Ryan T. Brown
Michael P. Tone
Kimberly E. Rients-Blair
Tyler Steven Mertes
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel:  (312) 565-1400
Fax:  (312) 565-6511