## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION, | ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | |
| v. | ) ) ) | Case No. 1:08-cv-00767 |
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) ) | Judge Ruben Castillo |
| | ) ) | Magistrate Judge Arlander Keyes |
| Defendant and Counter-Plaintiff. | ) | |

### NOTICE OF MOTION

TO:    Blake T. Hannafan, Esq.
       Eric J. Malnar, Esq.
       Hannafan & Hannafan, Ltd.
       One East Wacker Drive
       Suite 2800
       Chicago, IL 60601
       (312) 527-0055
       Email:  bth@hannafanlaw.com

PLEASE TAKE NOTICE that on 19th day of August, 2008, at 9:45 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Ruben Castillo, in Room 2146, or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and, present the Agreed Motion to Extend Fact Discovery Deadline, a copy of which is attached hereto.

Respectfully submitted,

By:  s/ Ryan T. Brown
     Attorney for Westchester Fire
     Insurance Company

Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel:  (312) 565-1400
Fax:  (312) 565-6511

ACEW/1046395/5709311v.1