UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sigma Chi Corporation, et al.

          Plaintiff,

v.                  Case No.: 1:08–cv–00767
                  Honorable Ruben Castillo

Westchester Fire Insurance Company

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Parties' agreed motion to extend fact discovery deadline [34] is granted. All fact discovery to be completed on or before 10/17/2008. Any dispositive motions will be due on or before 11/17/2008. Motion hearing set for 8/19/2008 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.