UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMA CHI CORPORATION and SIGMA CHI FOUNDATION,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendant and Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00767<br>)<br>) Judge Ruben Castillo<br>)<br>) Magistrate Judge Arlander Keyes<br>)<br>) |

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of August, 2008, service of a true and complete copy of Westchester Fire Insurance Company's Reply in Support of its Motion for Judgment on the Pleadings was made electronically upon:

> Blake T. Hannafan, Esq.
> Hannafan & Hannafan, Ltd.
> One East Wacker Drive
> Suite 2800
> Chicago, IL 60601
> (312) 527-0055
> Email: bth@hannafanlaw.com

Further, notice of this filing will be sent to all counsel or record by operation of the Court's electronic filing system. Parties may access a true and complete copy of the filing through the Court system.

> Respectfully submitted,
>
> By: s/ Ryan T. Brown

Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
Tel: (312) 565-1400
Fax: (312) 565-6511

//5902113v.1